DAVID C. SMITH, by His Guardian ad Litem, CLINTON E. SMITH, Appellant, v. NORTH SYRACUSE CENTRAL SCHOOLS, DISTRICT NO. 3 OF TOWNS OF CLAY, CICERO, SALINA AND DEWITT, Respondent.— Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ. [See *ante,* p. 706.]

CLINTON E. SMITH, Appellant, v. NORTH SYRACUSE CENTRAL SCHOOLS, DISTRICT NO. 3 OF TOWNS OF CLAY, CICERO, SALINA AND DEWITT, Respondent.— Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ. [See *ante,* p. 706.]

## (January 18, 1952.)

RICHARD A. JACKSON, Appellant, v. SYMINGTON GOULD CORPORATION et al., Respondents, et al., Defendants.— All concur, except McCurn and Wheeler, JJ., who dissent and vote for reversal and for granting a new trial in the following memorandum : We dissent and vote for reversal and a new trial upon the ground that the evidence presents a question of fact as to whether the character of the oxygen in its environment in the manhole was such that it became a dangerous agency not necessary to the conduct of defendant's business, and the question of foreseeability. (Appeal from two judgments dismissing the complaint as to defendants Symington Gould Corporation and Baltimore & Ohio R. R. Co., in a negligence action.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

RICHARD A. JACKSON, JR., an Infant, by RICHARD A. JACKSON, His Guardian ad Litem, Appellant, v. SYMINGTON GOULD CORPORATION et al., Respondents, et al., Defendants.— Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

ARLEN JACKSON, an Infant, by RICHARD A. JACKSON, His Guardian ad Litem, Appellant, v. SYMINGTON GOULD CORPORATION et al., Respondents, et al. Defendants.— Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.